# EXHIBIT A

Affidavit of Non-Service (Nantawan Posang, General
Services Bureau, Job No. 2026003146)

Bleicher v. Gulisano, No. 1:26-cv-06287 (N.D. Ill.)

# AFFIDAVIT OF NON-SERVICE

**State of Illinois**                                              **County of Northern**

Case Number: 1:26-CV-06287

Plaintiff:
**PHILLIP BLEICHER**

vs.

Defendant:
**MICHAEL GULISANO**

For:
Cortina Hicks

Received by FlavaWorks Entertainment, Inc. on the **10th day of June, 2026** at **2:20 pm** to be served on **MICHAEL GULISANO, 1489 W. PALMETTO PARK RD., STE. 500, BOCA RATON, FL 33486**.

I, Nantawan Posang, being duly sworn, depose and say that on the **11th day of June, 2026** at **3:40 pm, I:**

**NON-SERVED** the **SUMMONS IN A CIVIL ACTION, VERIFIED COMPLAINT, EXHIBIT INDEX** for the reason that I failed to find **MICHAEL GULISANO** or any information to allow further search. Read the comments below for further details.

**Additional Information pertaining to this Service:**
6/11/2026  11:20 am  Attempted service at 17239 Boca Club Blvd., Apt. 4, Boca Raton, FL and contact was made with Michael's mother who stated that Michael no longer lives here. She declined to provide any further information stating that she is a mother and I have to look out for my son.
6/11/2026  3:40 pm  Attempted service at 1489 W. Palmetto Park Rd., Ste. 500, Boca Raton, FL and this is Venturex, a virtual office only that he receives mail at. He does not have an office at this address.

Under Penalties of perjury, I declare that I have read the forgoing and that the facts stated in it are true. I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the county in which service was affected in accordance with State Statutes.

**Nantawan Posang**
C.P.S. #3116

Subscribed and Sworn to before me on the 15th day of June, 2026 by the affiant who is personally known to me.

NOTARY PUBLIC

JENNIFER S. JONES
Commission # HH 300451
Expires August 22, 2026

**FlavaWorks Entertainment, Inc.**
**2705 W. Fulton St.**
**Chicago, IL 60612-2003**

Our Job Serial Number: GSB-2026003146

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0d



# EXHIBIT B

Defendant's May 31, 2026 Email Transmitting Proposed
Rule 11 Motion

Bleicher v. Gulisano, No. 1:26-cv-06287 (N.D. Ill.)

From: **Michael** <michael@gulisanolaw.com>
Date: Sun, May 31, 2026 at 12:20 PM
Subject: Bleicher v. Gulisano, Case No. 1:26-CV-06287 - Service of Proposed Motion for Rule 11 Sanctions
To: <corinthia@flavaworks.com>


Dear Ms. Hicks:

Please see the attached Motion for Sanctions and Exhibit, pursuant to Fed. R. Civ. P. 11, which will be filed against you and your client if corrective action is not taken in regards to the Complaint within the time provided by Rule 11.

Additionally please accept this correspondence as my pre-filing conferral for a separate motion for sanctions that would be filed against you and your client under the Court's inherent authority and other statutes.

Thank you,

Michael Gulisano, Esquire



1489 W. Palmetto Park Road, Suite 500

Boca Raton, FL 33486

954-947-3972

954-947-3910 (Fax)

michael@gulisanolaw.com

gulisanolaw.com

# EXHIBIT C

Defendant's Florida Bar Member Profile (Bar No. 87573), retrieved June 16, 2026

Bleicher v. Gulisano, No. 1:26-cv-06287 (N.D. Ill.)

 Rules, Ethics & Professionalism | Search

 **THE FLORIDA BAR**

About The Bar ▾   News & Events ▾   Public ▾   Members ▾   Login   Find a Lawyer

## SECTION MEMBER PROFILE

HOME / ABOUT THE BAR / SECTIONS / DIVISIONS / SECTION MEMBER PROFILE

### ABOUT THE BAR

**Frequently Asked Questions**

**President's Welcome**

**The Florida Bar Board of Governors**

**Committees**

**Sections / Divisions**

**Board Certification**

**Florida Voluntary Bars**

**Florida Registered Paralegals**

**Strategic Plan / Research**

**Leadership Academy**

**Working At The Bar**

**Contact The Florida Bar**

# Michael Gulisano

| Member in Good Standing | Eligible to Practice Law in Florida |
|---|---|

| | |
|---|---|
| **Bar Number:** | 87573 |
| **Mail Address:** | Gulisano Law, PLLC<br>1489 W Palmetto Park Rd Ste 500<br>Boca Raton, FL 33486-3326<br>Office: **954-947-3972**<br>Fax: 954-947-3910 |
| **Email:** | michael@gulisanolaw.com ✉ |
| **Personal Bar URL:** | https://www.floridabar.org/mybarprofile/87573 |
| **vCard:** | 📇 |
| **County:** | Palm Beach |
| **Circuit:** | 15 |
| **Admitted:** | 01/24/2011 |
| **10-Year Discipline History:** | Discipline cases that are public record are posted below. Select the reference number to view the Supreme Court Order and other related documents. Members of the public may obtain information about any disciplinary history older than 10 years by emailing **LRInfo@floridabar.org** ✉ or by calling **(850) 561-5839**. |

| Action Date | Reference |
|---|---|