**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| PHILLIP BLEICHER, | ) | |
| Plaintiff, | ) | Case No. 1:26-cv-06287 |
| v. | ) | Hon. John F. Kness |
| MICHAEL GULISANO, | ) | Magistrate Judge Young B. Kim |
| Defendant. | ) | |

### DECLARATION OF PHILLIP BLEICHER IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO SERVE DEFENDANT BY ELECTRONIC MAIL

I, Phillip Bleicher, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct to the best of my knowledge:

1. I am the Plaintiff in this action. I have personal knowledge of the facts stated below, which concern the efforts undertaken to serve Defendant Michael Gulisano with the summons and Verified Complaint, and I am competent to testify to them.

2. After the Clerk issued the summons on May 29, 2026, I retained General Services Bureau, a licensed Florida process serving agency (Job No. 2026003146), to personally serve Defendant with the summons, Verified Complaint, and exhibits. The agency's process server, Nantawan Posang, executed a sworn Affidavit of Non-Service, a true and correct copy of which is attached to the Motion as Exhibit A.

3. On June 11, 2026, at approximately 11:20 a.m., the process server attempted personal service at Defendant's residential address of record, 17239 Boca Club Blvd., Apt. 4, Boca Raton, FL 33487. As reported to me by the agency, the server spoke with Defendant's mother, who stated that Defendant "no longer lives here" and declined to provide any further information about his whereabouts.

4. On June 11, 2026, at approximately 3:40 p.m., the process server attempted personal service at 1489 W. Palmetto Park Rd., Ste. 500, Boca Raton, FL 33486 — the address on the summons and the address Defendant registers with The Florida Bar. As reported to me by the agency, the server confirmed that this location is "Venturex, a virtual office only that he receives mail at," and that Defendant "does not have an office at this address."

5. On or about June 10, 2026, Defendant changed the office address published on his law-firm website, gulisanolaw.com, removing 1701 N. Federal Highway, Suite 4, Boca Raton, FL 33432, and substituting the 1489 W. Palmetto Park Road mail-drop.

6.      Because those addresses did not result in personal service, I commissioned a licensed skip-trace investigation to develop additional possible addresses for Defendant, at least one of which the process server is currently attempting. I will provide any resulting affidavit of non-service to counsel for filing.

7.      Defendant is in current email contact regarding this case. On May 31, 2026, from the address michael@gulisanolaw.com, Defendant emailed my counsel a proposed motion for sanctions under Rule 11 seeking $75,000 against me and my counsel, and stated that he would seek additional sanctions "under the Court's inherent authority and other statutes." The certificate of service on that proposed motion lists Defendant's email of record as gulisanomichael@gmail.com. Both email addresses are current and in active use by Defendant.

8.      I believe that service by email to gulisanomichael@gmail.com and michael@gulisanolaw.com is reasonably calculated to give Defendant actual notice of this action, because Defendant has personally used both addresses in connection with this case within the past several weeks.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 17, 2026.

_____

Phillip Bleicher
Plaintiff