**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| PHILLIP BLEICHER, | ) | |
|      Plaintiff, | ) | Case No. 1:26-cv-06287 |
|   v. | ) | Hon. John F. Kness |
| MICHAEL GULISANO, | ) | |
|      Defendant. | ) | |

**[PROPOSED] ORDER GRANTING LEAVE TO SERVE BY ELECTRONIC MAIL**

This matter having come before the Court on Plaintiff's Motion for Leave to Serve Defendant by Electronic Mail, and the Court being fully advised, IT IS HEREBY ORDERED that the Motion is GRANTED.

Plaintiff is authorized, pursuant to Federal Rule of Civil Procedure 4(e)(1) and 735 ILCS 5/2-203.1, to serve the summons, Verified Complaint, and exhibits upon Defendant Michael Gulisano by electronic mail to gulisanomichael@gmail.com and michael@gulisanolaw.com. Such service shall be deemed complete upon transmission. Plaintiff shall file proof of service by declaration of the sender attaching the transmitting email. Defendant's time to respond shall run from the date of such service under Federal Rule of Civil Procedure 12(a).

IT IS SO ORDERED.

Dated: _____

_____
Hon. John F. Kness
United States District Judge