Phillip Bleicher

                    Plaintiff,

v.

Michael Gulisano

                    Defendant.

Case No.: 1:26−cv−06287
Honorable John F. Kness

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 25, 2026:

      MINUTE entry before the Honorable John F. Kness: The Court sets an in−person motion hearing on Plaintiff's motion for alternative service [7] for 7/8/2026 at 9:45 A.M. Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.