Phillip Bleicher

          Plaintiff,

v.

                                        Case No.: 1:26−cv−06287
                                        Honorable John F. Kness

Michael Gulisano

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 6, 2026:

     MINUTE entry before the Honorable John F. Kness: At the Court's instance, and due to a change in the Court's schedule, the hearing set for 7/8/2026 is stricken and reset for 7/15/2026 at 10:00 A.M. Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.