**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

PHILLIP BLEICHER, CASE NO.: 1:26-CV-06287

Plaintiff,

v.

MICHAEL GULISANO,

Defendant.
_______________________________________________/

**NOTICE OF FILING JUDICIAL RULINGS ESTABLISHING BLEICHER IS THE ALTER EGO OF FLAVA WORKS AND COMMITTED BANKRUPTCY FRAUD**

Defendant, Michael Gulisano (the "Defendant"), by and through counsel, gives notice of filing the following documents relevant to the allegations of Plaintiff, Phillip Bleicher in this action:

(a) the opinion of the Southern District of Florida in *Flava Works, Inc. v. A4A Reseau, Inc.*, No. 14-23208-CIV, 2021 U.S. Dist. LEXIS 111014, at *10 (S.D. Fla. June 14, 2021), attached as Exhibit 1, which established that "[Plaintiff,] Phillip Bleicher is the 'alter ego' of Flava Works, Inc. It is indisputable that Phillip Bleicher qualifies as a 'head of the corporation;'" and

(b) the opinion of the Southern District of Florida in *Flava Works, Inc. v. A4A Reseau, Inc. Defendants*, No. 14-23208-CIV, 2022 U.S. Dist. LEXIS 220758, at *2 (S.D. Fla. Dec. 7, 2022), attached as Exhibit 2, which established that Plaintiff, Philip Bleicher filed bankruptcy in this District in 2022. This is particularly important since he did *not* list the causes of action in this matter, dating back to 2016, as property of the bankruptcy estate, thereby committing fraud on the court.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on August 10, 2026 on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

Respectfully Submitted By:

Gulisano Law, PLLC
1489 W. Palmetto Park Road, Suite 500
Boca Raton, FL 33486
954-947-3972
michael@gulisanolaw.com

s/ Michael Gulisano
Michael Gulisano, Esquire
Florida Bar No.: 87573
(Application for admission *pro hac vice* pending)