**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

PHILLIP BLEICHER, CASE NO.: 1:26-CV-06287

Plaintiff,

v.

MICHAEL GULISANO,

Defendant.
_______________________________________________/

**DEFENDANT'S PROPOSED BRIEFING SCHEDULE**

Defendant, Michael Gulisano (the "Defendant"), by and through counsel, respectfully submits the following proposed briefing schedule pertaining to the Defendant's Motion for Sanctions against Plaintiff, Phillip Bleicher ("Bleicher") and his counsel (the "Motion") (ECF No. 12).

1. The Defendant filed the Motion and a Motion to Dismiss (ECF No. 13) on August 7, 2026 (collectively, the "Motions").

2. For the reasons articulated in the Motions, Bleicher's Complaint (ECF No. 1) is so devoid of merit that any amendment would be futile.

3. Neither Bleicher, a homosexual kiddie-porn kingpin, nor his counsel, Corinthia Hicks ("Hicks"), has contacted the Defendant since the Motion was filed eighteen (18) days ago.

4. As such, the Defendant contacted Hicks, by email on August 20, 2026, at corinthia@flavaworks.com, seeking agreement on a briefing schedule for the Motion.

5. After 96 hours, neither Bleicher nor his complicit counsel Hicks, have responded to the Defendant's overtures.

6. Instead, Bleicher has contacted the provider, hosting the website for the Defendant's law firm, alleging a variety of false, malicious, and bad faith claims, in an attempt

to have his law firm's website taken down.

7. This is just the latest chapter in Bleicher's decade long conspiracy to harass and defame the Defendant for exposing his abuse of the legal system for extortion and his rampant homosexual pedophilia, which continues to endanger the vulnerable youth of Illinois.

8. Therefore, the Defendant proposes the following briefing schedule. Bleicher's response to the Motion should be filed within 14 days from the date this Court enters an order adopting this proposed briefing schedule.

9. The Defendant may file a reply within 7 days after Bleiche files a response.

**WHEREFORE**, the Defendant respectfully requests the Court to adopt this proposed schedule.

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served on August 24, 2026 on all counsel of record via transmission of a Notice of Electronic Filing generated by CM/ECF.

Respectfully Submitted By:

Gulisano Law, PLLC
1489 W. Palmetto Park Road, Suite 500
Boca Raton, FL 33486
954-947-3972 – office
michael@gulisanolaw.com – email

s/ Michael Gulisano
Michael Gulisano, Esquire
Florida Bar No.: 87573
(Application for admission *pro hac vice* forthcoming)