**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| PHILLIP BLEICHER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL GULISANO, an individual,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:26-cv-06287<br><br>Hon. John F. Kness<br><br>Magistrate Judge Young B. Kim |

**PLAINTIFF'S STATEMENT REGARDING BRIEFING SCHEDULE ON PLAINTIFF'S MOTION TO RESTRICT AND STRIKE SCANDALOUS MATTER, TO ENFORCE RULE 5.2, AND FOR AN ORDER TO SHOW CAUSE**

Pursuant to the Court's case procedures, Plaintiff submits this statement regarding a briefing schedule for Plaintiff's Motion to Restrict and Strike Scandalous Matter from the Record, to Enforce Fed. R. Civ. P. 5.2, and for an Order to Show Cause, filed today.

1. The parties have not agreed on a briefing schedule. Defendant's only recent communication to Plaintiff's counsel regarding scheduling was an August 20, 2026 email that referred to Plaintiff as counsel's "pedophile client"; in the circumstances, communications between the parties are being kept in writing and on the record, and no agreement was practicable.

2. Plaintiff proposes the following schedule: Defendant's response to the Motion due within fourteen (14) days of this filing (September 8, 2026); Plaintiff's reply due seven (7) days thereafter (September 15, 2026).

3. For the Court's planning: no briefing schedule is needed on Defendant's pending motions (ECF Nos. 12, 13, 15). Plaintiff's First Amended Complaint — filed as of right under Rule 15(a)(1)(B) — and Plaintiff's response to Defendant's Motion for Sanctions (ECF No. 12) will both be filed on Thursday, August 28, 2026 at the latest, within the period Rule 15 allows, which moots the fourteen-day schedule Defendant proposed in ECF No. 15.

Dated: August 25, 2026

Respectfully submitted,

/s/ Corinthia Hicks
Corinthia Hicks, Esq. (ARDC No. 6352965)
2705 W. Fulton St. #3N, Chicago, IL 60612
Tel: 305-438-9450 · Fax: 305-438-9470
Corinthia@FlavaWorks.com
Counsel for Plaintiff Phillip Bleicher

**CERTIFICATE OF SERVICE**

I certify that on August 25, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and separately served Defendant by email at michael@gulisanolaw.com.

/s/ Corinthia Hicks