**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Phillip Bleicher
Plaintiff,
v.
Michael Gulisano
Defendant.

Case No.: 1:26−cv−06287
Honorable John F. Kness

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 1, 2026:

MINUTE entry before the Honorable John F. Kness: The Court sets this matter for an in−person hearing for 9/15/2026 at 10:00 A.M. Attorney Hicks is required to appear in person at the hearing. Defendant Gulisano, who apparently resides in Florida, may appear by telephone for this hearing by dialing the following call−in number: 1−855−244−8681, Access Code: 2315 003 3696. Defendant is advised, however, that he may be required to appear in person at future hearings. Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.