# EXHIBIT 1

## Conferral email from Corinthia Hicks, Esq. to Michael Gulisano, and Mr. Gulisano's reply — September 3, 2026

*Bleicher v. Gulisano*

*Cited at Response ¶ 1*

### Contents


| | |
|---|---|
| **Part 1** | **Email thread (2 messages)**<br>Plaintiff's counsel's conferral email proposing briefing schedules on ECF Nos. 16 and 18 and inviting alternative dates, sent September 3, 2026, and Defendant's reply nine minutes later declining every proposal, offering no dates, and announcing a new motion to dismiss and motion for sanctions. Printed from counsel's mailbox; client copy line shown as received. |

Gmail

Corinthia Hicks <corinthia@flavaworks.com>

## : Bleicher v. Gulisano, 1:26-cv-06287 — Conferral on briefing schedules (ECF Nos. 16, 18)

3 messages

**Corinthia Hicks** <corinthia@flavaworks.com> Thu, Sep 3, 2026 at 2:08 PM
To: michael@gulisanolaw.com
Bcc: Phillip B <phil@flavaworks.com>

Mr. Gulisano:

Pursuant to Judge Kness's motion procedures, I write to confer on briefing schedules for the pending and forthcoming motions. In writing, please:

**1. Plaintiff's Motion to Restrict and Strike (ECF No. 16). In light of the hearing the Court has set for September 15, 2026 (ECF No. 21), and the Labor Day holiday, Plaintiff proposes: your response due September 11, 2026; Plaintiff's reply due September 14, 2026. Please confirm whether you agree, or propose alternative dates.**

**2. Plaintiff's supplement to ECF No. 16. Plaintiff will file today a response to your Motion to Strike (ECF No. 18) that also supplements ECF No. 16 to address paragraphs 2, 6, and 7 of ECF No. 18. Plaintiff proposes the same schedule as above. Please advise whether you agree or propose alternative dates.**

**3. Your Motion to Strike (ECF No. 18). Plaintiff's response will be filed today. If you wish to reply, Plaintiff has no objection to a reply deadline of September 11, 2026, or another date convenient to you and the Court.**

For completeness: Plaintiff's First Amended Complaint (ECF No. 19) was filed as of right under Rule 15(a)(1)(B), and Plaintiff's response to your Motion for Sanctions (ECF No. 20) is a response brief; neither requires a briefing schedule from the parties.

Please respond by 5:00 p.m. Central today so the parties' positions can be reported accurately in today's filing. If I do not hear from you, I will report that no agreement was reached.

Respectfully,
/s/ Corinthia Hicks
Corinthia Hicks, Esq.
Counsel for Plaintiff Phillip Bleicher

---

**Michael** <michael@gulisanolaw.com> Thu, Sep 3, 2026 at 2:16 PM
To: Corinthia Hicks <corinthia@flavaworks.com>

I cannot agree with of your requests. I am working on a motion to dismiss and motion for sanctions against you and Bleicher.

However, I will first be seeking leave to file those motions in excess of fifteen pages. Additionally, I will be requesting an extension of time for me file my anticipated motion to dismiss and motion for sanctions as will be explained to the Court.

Thank you,

Michael Gulisano, Esquire

1489 W. Palmetto Park Road, Suite 500

Boca Raton, FL 33486

954-947-3972

954-947-3910 (Fax)

michael@gulisanolaw.com

gulisanolaw.com

[Quoted text hidden]

---

**Corinthia Hicks** <corinthia@flavaworks.com> Thu, Sep 3, 2026 at 2:20 PM
To: Phillip B <phil@flavaworks.com>

[Quoted text hidden]