# EXHIBIT 2

## Preservation demand from Corinthia Hicks, Esq. to Michael Gulisano, and Mr. Gulisano's reply — September 3, 2026

*Bleicher v. Gulisano*

*Cited at Response ¶ 5*

### Contents


| | |
|---|---|
| **Part 1** | **Email thread (2 messages)**<br>Plaintiff's counsel's transmittal of the written preservation demand, sent September 3, 2026, and Defendant's reply seven minutes later, which neither confirms nor denies that the communications described in ECF No. 18 ¶ 6 exist and states that he “will be contacting the ARDC” regarding Plaintiff's counsel. |
| **Part 2** | **The preservation demand letter**<br>Demand for Preservation of Evidence Concerning the Assertions in ECF No. 18 ¶¶ 6–7, dated September 3, 2026, as attached to the transmittal email. |

Gmail

**Corinthia Hicks <corinthia@flavaworks.com>**

## Re: Bleicher v. Gulisano, No. 1:26-cv-06287 (N.D. Ill.) — Demand for Preservation of Evidence Concerning the Assertions in ECF No. 18 ¶¶ 6–7

5 messages

---

**Corinthia Hicks** <corinthia@flavaworks.com> Thu, Sep 3, 2026 at 2:28 PM
To: michael@gulisanolaw.com
Bcc: Phillip B <phil@flavaworks.com>

Mr. Gulisano,

Please find attached Plaintiff's written Demand for Preservation of Evidence concerning the assertions made in ECF No. 18 ¶¶ 6–7.

Respectfully,
/s/ Corinthia Hicks
Corinthia Hicks, Esq.
Counsel for Plaintiff Phillip Bleicher

---

**04 Preservation Demand re ECF 18 victims — EMAIL to Gulisano.pdf**
99K

---

**Michael** <michael@gulisanolaw.com> Thu, Sep 3, 2026 at 2:35 PM
To: Corinthia Hicks <corinthia@flavaworks.com>

Your letter cites no legal authority and has nothing to do with this case.

As mentioned, your complaint is so poorly drafted that is must be dismissed and, although you have been an attorney for less than 1 year, you should be subject to sanctions for your baseless claims.

Please be advised, I will be contacting the ARDC in connection with your actions in this matter.

Thank you,

Michael Gulisano, Esquire

GULISANO LAW PLLC

1489 W. Palmetto Park Road, Suite 500

Boca Raton, FL 33486

954-947-3972

954-947-3910 (Fax)

michael@gulisanolaw.com

gulisanolaw.com

[Quoted text hidden]

---

**Corinthia Hicks** <corinthia@flavaworks.com> Thu, Sep 3, 2026 at 2:41 PM
To: Phillip B <phil@flavaworks.com>

[Quoted text hidden]

---

**Michael** <michael@gulisanolaw.com> Thu, Sep 3, 2026 at 2:54 PM
To: Corinthia Hicks <corinthia@flavaworks.com>

Hicks:

I demand you preserve all evidence backing *your* claim that the statements based on the matters reflected in the attachments to this email are "false." The ADRC will want to know as well.

Thank you,

Michael Gulisano, Esquire

GULISANO LAW PLLC

1489 W. Palmetto Park Road, Suite 500

Boca Raton, FL 33486

954-947-3972

954-947-3910 (Fax)

michael@gulisanolaw.com

gulisanolaw.com

**From:** Corinthia Hicks [mailto:corinthia@flavaworks.com]
**Sent:** Thursday, September 3, 2026 3:29 PM
**To:** michael@gulisanolaw.com

[Quoted text hidden]

[Quoted text hidden]

---

**13 attachments**

**Exhibit A.pdf**
1373K

**Exhibit B.pdf**
62K

**Exhibit C.pdf**
64K

**Exhibit D.pdf**
398K

**Exhibit E.pdf**
155K

**Exhibit F.pdf**
189K

**Exhibit G.pdf**
41K

**Exhibit H.pdf**
29K

**Exhibit I.pdf**
52K

**Exhibit J.pdf**
1192K

**Exhibit K.pdf**
237K

**Exhibit L.pdf**
724K

**Exhibit M.pdf**
122K

---

**Corinthia Hicks** <corinthia@flavaworks.com> Thu, Sep 3, 2026 at 3:07 PM
To: Phillip B <phil@flavaworks.com>

---------- Forwarded message ---------
From: **Michael** <michael@gulisanolaw.com>
[Quoted text hidden]
[Quoted text hidden]

---

**13 attachments**

**Exhibit A.pdf**
1373K

**Exhibit B.pdf**
62K

**Exhibit C.pdf**
64K

**Exhibit D.pdf**
398K

**Exhibit E.pdf**
155K

**Exhibit F.pdf**
189K

**Exhibit G.pdf**
41K

**Exhibit H.pdf**
29K

**Exhibit I.pdf**
52K

**Exhibit J.pdf**
1192K

**Exhibit K.pdf**
237K

**Exhibit L.pdf**
724K

**Exhibit M.pdf**
122K