**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Phillip Bleicher
Plaintiff,
v.
Case No.: 1:26−cv−06287
Honorable John F. Kness
Michael Gulisano
Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 21, 2026:

MINUTE entry before the Honorable John F. Kness: In person status hearing held on 10/21/2026. Defendant is directed to file any supplemental statement addressing the Court's concerns with his motion to appear pro hac vice [11] on or before 11/4/2026. The parties are to meet and confer as to a path forward for the case. The meet and confer must take place no later than 11/4/2026. All other pending motions are taken under advisement. The case is otherwise stayed. A telephonic status hearing for tracking purposes is set for 11/19/2026 at 9:45 A.M. The parties are to use the following call−in number: 1−855−244−8681, Access Code: 2315 003 3696. The public and media representatives may have access to the hearing via the same number. Audio recording of the hearing is not permitted; violations of this prohibition may result in sanctions. Participants are directed to keep their device muted when they are not speaking. Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.